Dr. T. J. Crowe - page 2

that the Board previously may have examined, erroneously and in violation of the statute, other persons attending and graduating from the school at the same time as applicant does not establish the right of the applicant to be examined. No applicant will be permitted to insist that because another was illegally examined, he also must be accorded an examination in violation of the law. A statute may not be amended by repeated violations of its provisions.

"The language of the amended act, 'provided further that all students regularly enrolled in medical schools whose graduates are now permitted to take the medical examination now prescribed by law in this State upon completion of their medical college courses be permitted to take the examination prescribed herein,' was not intended to perpetuate the mistakes of the Board. The intent of the proviso, considering the statute as a whole, is to prevent the amendment from operating retroactively. It simply contemplates that the eligibility for the examination of applicants who graduate from or are students in medical schools at the time of the passage of the amendment shall be determined under the provisions of the act as it read prior to the amendment. See our opinion No. O-1556."

Trusting this has answered your question satisfactorily, we are

APPROVED FEB 17, 1942

FIRST ASSISTANT
ATTORNEY GENERAL
OS-MB

Very truly yours

ATTORNEY GENERAL OF TEXAS

By

Ocie Speer
Assistant